# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Christina Moore,<br><br>Plaintiff,<br><br>– against–<br><br><br>Chase Bank USA, National Association and Trans Union LLC,<br><br>Defendant(s). | Civil Action No. 1:17-cv-01313-GMS |

### NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION LLC

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff and Defendant, Trans Union LLC ("Trans Union"). Plaintiff intends on filing a Stipulation of Dismissal with Prejudice and Proposed Order as to Trans Union LLC, once the settlement is consummated.

Respectfully submitted,

*s/ Antranig N. Garibian*___
Antranig N. Garibian
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: 215-326-9179
Email: ag@garibianlaw.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

  I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement Between Plaintiff and Trans Union LLC has been filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

  Blake A. Bennett, Esq.
  Cooch & Taylor, P.A.
  1000 West Street, 10th Floor
  P.O. Box 1680
  Wilmington, DE  19801
  Telephone:  (302) 984-3800
  E-Mail:  bbennett@coochtaylor.com
  *Counsel for Defendant Trans Union, LLC*

  Colin C. Poling, Esq.
  Schuckit & Associates, P.C.
  4545 Northwestern Drive
  Zionsville, IN 46077
  Telephone: (317) 363-2400
  E-Mail: cpoling@schuckitlaw.com
  *Admitted Pro Hac Vice*

      Respectfully submitted,

      *s/ Antranig N. Garibian*_____
      Antranig N. Garibian
      Garibian Law Offices, P.C.
      1010 Bancroft Parkway, Suite 22
      Wilmington, DE 19805
      Telephone:  215-326-9179
      Email: ag@garibianlaw.com
      *Counsel for Plaintiff*