UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____

CHRISTINA MOORE,                                    CASE NO. 1:17-cv-01313-GMS

        Plaintiff,

  vs.

CHASE BANK USA, NATIONAL
ASSOCIATION and TRANS UNION LLC;

        Defendants.
_____

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**
_____

    Plaintiff Christina Moore ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                         Respectfully submitted,

Date:  December 28, 2017                    */s/ Antranig N. Garibian*
                                                         Antranig N. Garibian, Esq.
                                                         Garibian Law Offices, P.C.
                                                         1010 Bancroft Parkway, Suite 22
                                                         Wilmington, DE  19805
                                                         Telephone: (302) 722-6885
                                                         E-Mail:  ag@garibianlaw.com

                                                         *Counsel for Plaintiff Christina Moore*

Date:  December 28, 2017               **COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett, Esq. (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 984-3800
E-Mail:  bbennett@coochtaylor.com

*Counsel for Defendant Trans Union, LLC*

**OF COUNSEL**
Colin C. Poling, Esq.  (IN #32413-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cpoling@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of December, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Antranig N. Garibian, Esq.<br>ag@garibianlaw.com | |
|---|---|

 

        */s/ Blake A. Bennett*
        Blake A. Bennett (#5133)