IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 17-1313-CFC |
| | ) |
| CHASE BANK USA, | ) |
| NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 27th day of September, 2018, counsel for plaintiff having sent a letter to the Court advising that all claims against all defendants have been resolved and requesting that the case be closed (D.I. 12);

IT IS ORDERED that the above-captioned action shall be dismissed in accordance with Fed.R.Civ.P. 41(a)(2).

_____
United States District Judge